417 A.2d 785

Commonwealth v. Green, Appellant.

Submitted December 8, 1978.
Louis J. Presenza, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 785

Commonwealth v. Hoffman, Appellant.

Submitted September 15, 1978. Thomas F. Klingensmith, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.